**FILED**

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA
Cause No. AC 17-0694

IN RE ASBESTOS LITIGATION,

*Consolidated*

*Cases.*

THIS DOCUMENT RELATES TO:

*Backen, et al. v. State of Montana, et al.,*
Cause No. DV-16-0224

## ORDER APPOINTING SUCCESSOR TRUSTEE OF THE LSKS LIBBY MINE CLAIMANTS' QUALIFIED SETTLEMENT FUND TRUST

Pursuant to the Petition for Appointment of Successor Trustee of the LSKS Libby Mine Claimants' Qualified Settlement Fund Trust, and good cause appearing therefore, *the Court accepts and approves the resignation of Nancy Gibson.*

IT IS HEREBY ORDERED that Thomas J. Baiz, Jr., is appointed as Trustee for the LSKS Libby Mine Claimants' Qualified Settlement Fund Trust and will assume the roles and responsibilities as set forth in the original appointment.

DATED this _8th_ day of _April_, 2021.

_____
Amy Eddy
Asbestos Claims Court Judge